UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

Case Number: 15-60447-CIV-MARTINEZ-GOODMAN

MANNY FILM LLC,

    Plaintiff,

vs.

JOHN DOE, subscriber assigned IP address 66.229.28.127,

    Defendant.

_____/

### FINAL ORDER OF DISMISSAL WITH PREJUDICE AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS MATTER is before the Court upon Plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of John Doe [ECF No. 9]. It is:

**ADJUDGED** that this action is DISMISSED WITH PREJUDICE. It is also:

**ADJUDGED** that all pending motions in this case are DENIED AS MOOT, and this case is CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this 22 day of April, 2015.

                                              JOSE E. MARTINEZ
                                              UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record